UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:15-cr-45-SPC-MRM

SAMER JAMIL RASHID

## ORDER

Before the Court is Defendant Samer Jamil Rashid's Motion to Terminate Supervised Release (Doc. 409), which is not opposed by the United States Attorney's Office or by the Probation Office. For the below reasons, the Court grants the motion.

In April of 2015, the Government filed a ten-count Indictment against Rashid and six co-defendants charging them with a drug conspiracy involving the sale and distribution of marijuana, as well as money laundering. (Doc. 3). Rashid pleaded to and was adjudicated guilty of conspiracy to possess marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), and 846; and conspiracy to money launder in violation of 18 U.S.C. § 1956(h). (Doc. 365). Rashid was sentenced to ninety-seven months imprisonment followed by four years of supervised release. (Doc. 365). Rashid served his prison sentence, was released in May of 2022, and has complied with all terms and conditions imposed by the Court.

After considering the factors in 18 U.S.C. § 3553(a), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice[.]" 18 U.S.C. § 3583(e)(1). A court has discretion to end a term of supervised release early. *See United States v. Cordero*, 7 F.4th 1058, 1069 (11th Cir. 2021).

After considering the above principles against Rashid's motion and the record, the Court grants his unopposed requested relief. Rashid has served his prison sentence and complied with all terms and conditions imposed by the Court. Neither the Government nor the Probation Office object to ending Rashid's supervision. The Court is thus satisfied that the interest of justice warrant terminating his supervised release.

Accordingly, it is now **ORDERED:**

Defendant Samer Jamil Rashid's Motion to Terminate Supervised Release (Doc. 409) is **GRANTED**. Rashid's supervised release shall terminate on August 16, 2024.

**DONE AND ORDERED** in Fort Myers, Florida on August 2, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record